16-6035UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRUCE L BENNETT JR,

    Petitioner,

  v.

MARGARET GILBERT,

    Respondent.

CASE NO. 3:16-CV-06035-RBL-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation [Dkt. #5].

(2)     Petitioner's Motion for Leave to Proceed *In Forma Pauperis* [Dkt. #1] is denied as moot.

(4)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondents, and to the Hon. David W. Christel.

Dated this 10th day of February, 2017

                                         Ronald B. Leighton
                                         United States District Judge